



# MEMORANDUM OPINION

No. 04-10-00139-CR

Marisa **ANGUIANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR5593W
Honorable Philip A. Kazen, Jr., Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed: March 3, 2010

DISMISSED

Marisa Anguiano filed a notice of appeal seeking to appeal from a sentence imposed on October 29, 2007. The judgment was in accordance with Anguiano's plea bargain agreement, and the record does not contain a trial court's certification showing Anguiano has the right of appeal. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH